[No. 5201–6–II.   Division Two.   June 30, 1982.]

*In the Matter of* LARRY DEAN NELSON.

Appeal from judgments of the Superior Court for Clark County, Nos. 432 RO–55, RO–65, Robert L. Harris, J., entered September 9, 1980. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.

[No. 4388–6–III.   Division Three.   July 1, 1982.]

SIMCO MECHANICAL, INC., *Respondent,* v. MARSHALL HYATT, ET AL, *Appellants,* UNITED STATES RELIANCE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78–2–01842–3, Carl L. Loy, J., entered January 23, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.

[Nos. 5326–8–II; 5324–1–II.   Division Two.   July 2, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH E. MADISON, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Cowlitz County, No. 7445, Don L. McCulloch, J., entered January 29, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.